UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVID WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES RICHEY, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-05685-YGR (PR)<br><br>**JUDGMENT** |

　　For the reasons set forth in this Court's Order Granting Defendants' Motion for Summary Judgment,

　　IT IS ORDERED AND ADJUDGED

　　That pursuant to the Court's Order, judgment is hereby entered in favor of Defendants Richey, Koenig, and Min, and against Plaintiff. And that each party bear its own costs of action.

Dated: September 15, 2021

_____
YVONNE GONZALEZ ROGERS
United States District Judge